IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUSAN MARTINEZ,
  Plaintiff,

vs.          No.: 1:12-cv-01227-WDS-LFG

ENHANCED RECOVERY COMPANY, LLC.,
  Defendant.

### PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

**THE PLAINTIFF** Susan Martinez, by and through counsel of record, hereby requests that this Honorable Court direct the Clerk of this Court to enter a default against Defendant, ENHANCED RECOVERY COMPANY, LLC. In support thereof, Plaintiff states as follows:

1. Plaintiff filed her Complaint against Defendant on November 28, 2012. [Doc. 1].

2. Plaintiff's Complaint alleged violations of the Fair Debt Collection Practices Act, 15 USC 1692 *et seq.* [Doc. 1].

3. Plaintiff seeks statutory damages pursuant to the above-mentioned statute and reasonable attorney's fees. [Doc. 1].

4. On December 4, 2012, Defendant was served with complaint and summons. *See* Executed Summons at [Doc. 3].

5. Defendant's answer to Plaintiff's Complaint was due on December 26, 2012.

6. Defendant has not filed its answer nor contacted Plaintiffs' attorneys requesting an extension to answer.

7. *Federal Rule of Civil Procedure* 55(a) provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

1

8. Defendant is not a minor or incompetent person.

9. Defendant has failed to plead or otherwise defend itself against Plaintiffs' Complaint.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court direct the Clerk of this Court to enter a default against Defendant, ENHANCED RECOVERY COMPANY, LLC for failure to timely plead or otherwise defend against Plaintiff's Complaint.

DATED: January 2, 2013         RESPECTFULLY SUBMITTED

By: /s/ *Charles N. Lakins, Esq.*
   Charles N. Lakins, Esq.
   Lakins Law Firm, P.C.
   PO Box 91357
   Albuquerque, NM 87199
   (505) 404-9377
   *Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2013, I electronically filed the foregoing Motion for Clerk's Entry of Default by using the CM/ECF System. A copy of said Motion was mailed to the following:

Enhanced Recovery Company, LLC
8014 Bayberry Rd
Jacksonville, FL 32256


/s/ *Charles N. Lakins, Esq.*
Charles N. Lakins, Esq.