# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SUSAN MARTINEZ AND RICKIE MARTINEZ, § § § § | |
| Plaintiffs, § | Civil Case No.: 1:12-cv-01227-LH-LFG |
| § | |
| vs. § § | |
| ENHANCED RECOVERY COMPANY, § § | |
| LLC. , § | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, SUSAN MARTINEZ AND RICKIE MARTINEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: May 14, 2013         Respectfully Submitted,

By: /s/ Charles N. Lakins
Charles N. Lakins, Esq.
P.O. Box 91357
Albuquerque, NM 87199
(505) 404-9377
Fax – (877) 604-8340
Attorney for Plaintiff

NOTICE OF SETTLEMENT

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Charles N. Lakins<br>
Charles N. Lakins, Esq