IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUSAN MARTINEZ AND

RICKIE MARTINEZ,

    Plaintiffs,

vs.

ENHANCED RECOVERY COMPANY,

LLC. ,

    Defendant.

§§§§§§§§§§§§ **Civil Case No.: 1:12-cv-1227**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, SUSAN MARTINEZ AND RICKIE MARTINEZ, and Defendant, ENHANCED RECOVERY COMPANY, LLC., stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, SUSAN MARTINEZ AND RICKIE MARTINEZ, against Defendant, ENHANCED RECOVERY COMPANY, LLC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).with each party to bear its own fees and costs

Dated: July 18, 2013        Respectfully Submitted,

                                    By: /s/ Charles N. Lakins
                                    Charles N. Lakins, Esq.
                                    P.O. Box 91357
                                    Albuquerque, NM 87199
                                    (505) 404-9377
                                    Fax – (877) 604-8340
                                    Attorney for Plaintiff

Dated: July 18, 2013					Respectfully Submitted,

							By: /s/Kenneth J. Ferguson
							Kenneth J. Ferguson, Esq.
							816 Congress Avenue, Suite 1510
							Austin, Texas 78701
							(512) 391-0197
							Fax – (512) 391-0831
							Attorney for Defendant