IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUSAN MARTINEZ and
RICKIE MARTINEZ,

       Plaintiffs,

v.                                                 CIV No. 12-1227 LH/LFG

ENHANCED RECOVERY COMPANY,
LLC,

       Defendant.

## FINAL JUDGMENT

In accordance with FED.R.CIV.P. 58(a), and consistent with the Notice of Settlement (Docket No. 25) and Stipulation of Dismissal with Prejudice (Docket No. 27), wherein the parties indicated that a full and final settlement in this matter has been reached, and that Plaintiffs dismiss all claims in this matter against Defendant, pursuant to FED.R.CIV.P. 41(a)(1),

**IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE.**

_____
SENIOR UNITED STATES DISTRICT JUDGE